UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CONNECTICUT COASTAL SERVICES, INC.,
d/b/a SEA TOW SOUTHERN CONNECTICUT,

                              Plaintiff,

        Docket no.: 05-CV-5447

- against -

        **STIPULATION AND ORDER**
        <u>**OF DISCONTINUANCE**</u>

ONE (52') CRUISERS MOTOR YACHT
NAMED M/V VERY NECESSARY, her engines,
generators, tender, tackle, equipment,
furnishings, contents and appurtenances, <u>in rem</u>
and STEVEN J. BERGMAN,

                             Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties herein that the above entitled action including all counterclaims is hereby dismissed with prejudice and with each party bearing its own costs and fees.

DEORCHIS, WIENER & PARTNERS, LLP
Attorneys for Plaintiff
Dated: July 31, 2006

By: _____
John K. Fulweiler, Esq.
61 Broadway, 26th Floor
New York, NY  10021
212-344-4700

NICOLETTI HORNIG CAMPISE & SWEENEY
Attorneys for Defendants
Dated: July 27, 2006

By: _____
Terry Stoltz, Esq. (TS7650)
88 Pine Street
New York, New York 10005
212-220-3830

SO ORDERED
_____
U.S.D.J.

Dated: August 8, 2006
Brooklyn, NY

1